NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000900
13-AUG-2019
08:52 AM**

NO. CAAP-18-0000900

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
WILLIAMSON SURIN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1PC161000420)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed August 2, 2019, by Defendant-Appellant Williamson Surin (Surin), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal, under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b); (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) attached to the stipulation is Surin's declaration showing he understands

the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED:  Honolulu, Hawai'i, August 13, 2019.


Chief Judge


Associate Judge


Associate Judge

2